IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 4:19CR3011 |
| vs. | |
| TAWHYNE M. PATTERSON, SR., DAMON D. WILLIAMS, and DANTE D. WILLIAMS, | **AMENDED PROTECTIVE ORDER** |
| Defendants. | |

As requested in Patterson's unopposed motion, (Filing No. 70), which is hereby granted,

IT IS ORDERED:

1) Defense counsel may review the discovery and <u>Jencks</u> materials with their respective clients, but the Defendants may not retain a copy of the discovery materials. Defense counsel may allow their regular staff, as well as interpreters, and any experts and investigators the defense may hire for this litigation, to retain a copy of the discovery materials.

2) Defense counsel shall not disseminate a copy of the discovery materials to anyone else without first obtaining this Court's approval, and they shall not discuss or disclose the contents of these documents to any other person, other than defense counsel's immediate staff, the defendant, and any experts and investigators the defense may hire for this litigation, without further leave of this Court.

3) Should this case proceed to trial, the defendants are prohibited from possessing a copy of these documents (including the Jencks material) outside of the courtroom.

4) All discovery documents provided to defense counsel shall be placed in secure files with restricted access following the conclusion of the case until defense counsel determines it is appropriate to destroy the files or return them to the government.

Dated this 15th day of February, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge