# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiffs, <br><br> vs. <br><br> TAWHYNE M. PATTERSON SR., DAMON D. WILLIAMS, and DANTE D. WILLIAMS, <br><br> Defendants. | **4:19CR3011** <br><br> **ORDER** |

Based on the representations of counsel, trial preparation for this case will require conferring with numerous witnesses and reviewing voluminous documents, some of which have recently been obtained by the government and prepared for disclosure to defense counsel. The court finds it is unreasonable to expect counsel and Defendants to be adequately prepared for trial within the time limits of the Speedy Trial Act, and this case should be excluded from those time limits, so it can be fairly and justly resolved. Accordingly,

IT IS ORDERED:

1) Defendant Patterson's unopposed motion to continue, (Filing No. 69), is granted.

2) The trial setting and pretrial motion deadline are set aside.

3) A telephonic conference with the undersigned magistrate judge will be held on June 4, 2019 at 11:00 a.m. to discuss the status of case preparation and re-scheduling the pretrial motion deadline and trial. Counsel for the government, defense counsel, and the defendants shall attend the telephonic hearing. Counsel shall use the conferencing instructions assigned to this case (Filing No. 72) to participate in the call.

4)     The Court further finds that the time between today's date and June 4, 2019 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because this case is "unusual and complex," and is exempted from the time restrictions of the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(B)(ii).

February 15, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge