IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 4:19CR3011 |
| vs. | |
| TAWHYNE M. PATTERSON SR., | ORDER |
| Defendants. | |

IT IS ORDERED:

1) The motion to withdraw filed by Lance D. Sandage, as counsel of record for Defendant, (Filing No.105), is granted.

2) The clerk shall terminate CM/ECF electronic notifications to Lance D. Sandage for this case.

Dated this 23rd day of May, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge