IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | **4:19CR3011** |
| vs. | |
| TAWHYNE M. PATTERSON, SR., DAMON D. WILLIAMS, DANTE D. WILLIAMS, and IRA MORROW, | **ORDER** |
| Defendants. | |

After conferring with counsel, the court finds that other than Defendant Morrow, the defendants and their counsel need additional time to review the voluminous discovery and prepare for trial. The court finds it is unreasonable to expect counsel and all Defendants to be adequately prepared for trial within the time limits of the Speedy Trial Act, and this case should be excluded from those time limitations so it can be fairly and justly resolved.

Accordingly,

IT IS ORDERED:

1) Defendant Morrow's anticipated motion to sever shall be filed on or before July 10, 2019.

2) A telephonic conference with the undersigned magistrate judge will be held on October 4, 2019 at 9:00 a.m. to discuss further case progression, the pretrial motion deadline, and a trial setting. Counsel shall use the conferencing instructions assigned to this case, (see Filing No. 72), to participate in the call.

3) The time between today's date and October 4, 2019 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because this remains "unusual and complex," and is exempted from the time restrictions of the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(B)(ii).

Dated this 4th day of June, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge