IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiffs, <br><br> vs. <br><br> TAWHYNE M. PATTERSONSR., DAMON D. WILLIAMS, DANTE D. WILLIAMS, IRA MORROW, and WILLIAM BOOTHE, III, <br><br> Defendants. | 4:19CR3011 <br><br> ORDER |

Based on the discussions with counsel today, the court finds that a trial and pretrial motion deadline should not be set at this time. Counsel for Patterson needs additional time to review the discovery, and competency issues remain as to Dante D. Williams. Accordingly, and with the consent of counsel for the parties,

IT IS ORDERED:

1) A trial date and pretrial motion deadline will not be set at this time. Instead, a status conference will be held before the undersigned magistrate judge at **9:00 a.m. on December 17, 2019** by telephone. All participants shall use the conferencing information provided by the court to participate in the call to discuss case progression and a potential trial setting. Counsel for the parties shall be present at the conference.

2) The Court further finds that in the interest of justice, the time between today's date and December 17, 2019 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because additional time is needed to review discovery and confer with the defendants before setting a progression schedule to final resolution. See, 18 U.S.C. 3161(h)(7).

November 14, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge