IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 4:19CR3011 |
| vs. | |
| TAWHYNE M. PATTERSON, SR., DAMON D. WILLIAMS, DANTE D. WILLIAMS, IRA MORROW, and WILLIAM BOOTHE, III, | ORDER |
| Defendants. | |

All defense attorneys have now reviewed the government's voluminous discovery. With the consent of all counsel, a pretrial motion deadline and trial setting can now be scheduled. With the agreement of all parties,

IT IS ORDERED:

1) **As to all defendants**, pretrial motions and briefs shall be filed on or before March 27, 2020.

2) **As to all defendants**, trial of this case is set to commence before the Honorable John M. Gerrard, Chief United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at **9:00 a.m.** on **April 27, 2020**, or as soon thereafter as the case may be called, for a duration of eight (8) trial days. Jury selection will be held at commencement of trial.

3) **As to all defendants**, the additional time arising as a result of the granting of the motion, the time between today's date and March 27, 2020, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1), (h)(6) & (h)(7). Failing to timely object to this order as provided under

this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

December 17, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge