IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:19-CR-3011 |
| vs. | ORDER |
| TAWHYNE M. PATTERSON and DAMON D. WILLIAMS, | |
| Defendants. | |

This matter is before the Court on defendant Damon Williams' objection (filing 339) to the Magistrate Judge's findings and recommendation (filing 309) that the defendant's motions to suppress (filing 280; filing 304) cellular site data be denied.

To begin with, defendant Tawhyne Patterson has not objected to the Magistrate Judge's recommendation that his motion to suppress (filing 280) be denied. 28 U.S.C. § 636(b)(1) provides for de novo review only when a party objects to the magistrate's findings and recommendations. *Peretz v. United States*, 501 U.S. 923 (1991). The failure to file an objection eliminates not only the need for de novo review, but any review by the Court. *Thomas v. Arn*, 474 U.S. 140 (1985); *Leonard v. Dorsey & Whitney LLP*, 553 F.3d 609 (8th Cir. 2009). Accordingly, the Court will adopt the Magistrate Judge's findings and recommendation and deny Patterson's motion to suppress.

As to Williams, the Court has conducted a de novo review of his motion to suppress (filing 304) pursuant to 28 U.S.C. § 636(b)(1). The Court concurs in the Magistrate Judge's factual findings, analysis, and conclusions of law. *See* filing 354. The Court therefore finds the defendant's objection to be without merit, and will adopt the Magistrate Judge's findings and recommendation.

- 2 -

IT IS ORDERED:

1. Defendant Williams' objection (filing 339) is overruled.

2. The Magistrate Judge's findings and recommendation (filing 309) are adopted.

3. The defendants' motions to suppress (filing 280; filing 304) are denied.

Dated this 28th day of October, 2020.

BY THE COURT:

John M. Gerrard
Chief United States District Judge