IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:19-CR-3011 |
| vs. | ORDER |
| TAWHYNE M. PATTERSON and DAMON D. WILLIAMS, | |
| Defendants. | |

This matter is before the Court on defendant Tawhyne Patterson's objection (filing 337) to the Magistrate Judge's findings and recommendation (filing 312) that the defendant's motions to suppress (filing 276; filing 305) arising out of the search of a Lincoln residence be denied.

To begin with, defendant Damon Williams has not objected to the Magistrate Judge's recommendation that his motion to suppress (filing 305) be denied. 28 U.S.C. § 636(b)(1) provides for de novo review only when a party objects to the magistrate's findings and recommendations. *Peretz v. United States*, 501 U.S. 923 (1991). The failure to file an objection eliminates not only the need for de novo review, but any review by the Court. *Thomas v. Arn*, 474 U.S. 140 (1985); *Leonard v. Dorsey & Whitney LLP*, 553 F.3d 609 (8th Cir. 2009). Accordingly, the Court will adopt the Magistrate Judge's findings and recommendation and deny Williams' motion to suppress.

As to Patterson, the Court has conducted a de novo review of his motion to suppress (filing 276) pursuant to 28 U.S.C. § 636(b)(1). The Court concurs in the Magistrate Judge's factual findings, analysis, and conclusions of law. *See* filing 354. The Court therefore finds the defendant's objection to be without merit, and will adopt the Magistrate Judge's findings and recommendation.

- 2 -

IT IS ORDERED:

1. Defendant Patterson's objection (filing 337) is overruled.

2. The Magistrate Judge's findings and recommendation (filing 312) are adopted.

3. The defendants' motions to suppress (filing 276; filing 305) are denied.

Dated this 28th day of October, 2020.

BY THE COURT:

*John M. Gerrard*

John M. Gerrard
Chief United States District Judge