IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>TAWHYNE M. PATTERSON and<br>DAMON D. WILLIAMS,<br><br>           Defendants. | 4:19-CR-3011<br><br>ORDER |

      This matter is before the Court on the defendants' objections (filing 373; filing 375) to the Magistrate Judge's findings and recommendation (filing 354) that their motions to suppress (filing 268; filing 272; filing 305) arising out of the execution of a Texas search warrant be denied. The Court has conducted a de novo review of the motions to suppress pursuant to 28 U.S.C. § 636(b)(1). The Court concurs in the Magistrate Judge's factual findings, analysis, and conclusions of law. *See* filing 354. The Court therefore finds the defendants' objections to be without merit, and will adopt the Magistrate Judge's findings and recommendation.

      IT IS ORDERED:

      1.     The defendants' objections (filing 373; filing 375) are overruled.

      2.     The Magistrate Judge's findings and recommendation (filing 354) are adopted.

- 2 -

3. The defendants' motions to suppress (filing 268; filing 272; filing 305) are denied.

Dated this 28th day of October, 2020.

BY THE COURT:

*John M. Gerrard*

John M. Gerrard
Chief United States District Judge