IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:19-CR-3011 |
| vs. | |
| TAWHYNE M. PATTERSON, SR. and DAMON D. WILLIAMS, | ORDER |
| Defendants. | |

    The above-captioned defendants have each moved the Court for an order permitting them to have contact so that they may assist in their defense. Filing 439; filing 449. The government has expressed concerns about case integrity and witness safety. *See* filing 457. Accordingly, the Court will permit the defendants to have contact when in the presence of counsel.

    IT IS ORDERED:

1. The defendants' motion to allow contact (filing 439) is granted as to defendants Tawhyne M. Patterson, Sr. and Damon D. Williams.

2. The defendants may communicate with one another when both of their counsel are present.

    Dated this 8th day of February, 2021.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Chief United States District Judge