IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TAWHYNE M. PATTERSON, SR.<br>and DAMON D. WILLIAMS,<br><br>    Defendants. | 4:19-CR-3011<br><br>ORDER |

On the government's motion,

IT IS ORDERED that the Indictment (filing 50) and First Superseding Indictment (filing 80) are dismissed as to the above-captioned defendants.

Dated this 25th day of June, 2021.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
Chief United States District Judge