IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:19-CR-3011 |
| vs. | ORDER |
| TAWHYNE M. PATTERSON, SR.; DAMON D. WILLIAMS; and DANTE D. WILLIAMS, | |
| Defendants. | |

IT IS ORDERED:

1. The United States Marshal's office is directed to return the above-captioned defendants to this district for their sentencing hearings.

2. The Clerk of the Court shall provide a copy of this order to the United States Marshal.

Dated this 8th day of August, 2023.

BY THE COURT:

John M. Gerrard
Senior United States District Judge