IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TAWHYNE M. PATTERSON, SR.,<br><br>Defendant. | 4:19-CR-3011<br><br>ORDER |

The defendant has filed a motion asking for leave to supplement the record supporting his 28 U.S.C. § 2255 motion with several court documents. Filing 871. The defendant's motion is unnecessary—all of the documents he offers are court filings that are already part of the Court's record for purposes of the defendant's § 2255 motion. *See United States v. Jackson*, 640 F.2d 614, 617 (8th Cir. 1981) (court may take judicial notice of its own records and files, whether requested or not). Accordingly,

IT IS ORDERED that the defendant's motion for leave to supplement the record (filing 871) is denied as moot.

Dated this 3rd day of August, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge